**Order entered October 19, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-00541-CV

**AAA COOPER TRANSPORTATION AND XTRA LEASE, LLC, Appellants**

**V.**

**OLYNTHUS M. DAVIS AND PROPERTY & CASUALTY INSURANCE COMPANY OF HARTFORD, Appellees**

**On Appeal from the 14th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-16-10773**

## ORDER

Before the Court is appellee Olynthus M. Davis's October 17, 2018 unopposed second motion for extension of time to file brief. We **GRANT** the motion and **ORDER** the brief be filed no later than October 31, 2018.


/s/      DAVID EVANS
         JUSTICE